# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATE CONROY, NOREEN CONROY, GERALD PRECOURT, JUN PIDLAOAN, NATHANIEL BIVENS, and IVY VILLALTA individually and on behalf of others similarly situated,<br><br>              Plaintiffs,<br><br>      vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. and VOLKSWAGEN AG,<br><br>              Defendants. | No.: 2:20-cv-17837<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Kate Conroy, Noreen Conroy, Gerald Precourt, Jun Pidlaoan, Nathaniel Bivens, and Ivy Villalta hereby give notice of the voluntary dismissal of their claims with prejudice against all Defendants. No answer or motion for summary judgment has been filed.

Dated: March 29, 2021                Respectfully submitted,

                                           By:   */s/ Matthew D. Schelkopf*
                                                      Matthew D. Schelkopf (NJ Bar No. 030362002)
                                                      **SAUDER SCHELKOPF LLC**
                                                      1109 Lancaster Avenue
                                                      Berwyn, PA 19312
                                                      Tel: (610) 200-0581
                                                      Facsimile: (610) 421-1326
                                                      mds@sstriallawyers.com

                                                      *Attorney for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I, Matthew D. Schelkopf, hereby certify that on this 29th day of March, 2021, I caused the foregoing to be filed using the Court's NextGen system, and thereby electronically served it upon all registered ECF users in this case.

DATED: March 29, 2021                    Respectfully submitted,

                                         */s/ Matthew D. Schelkopf*
                                         Matthew D. Schelkopf

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
Dated:  March 30, 2021